JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for the Federal Defendant*
*Secretary of U.S. Department of Housing and Urban Development*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RED ROCK FINANCIAL SERVICES,<br><br>                  Plaintiff,<br><br>        v.<br><br>MICHAEL RUSSO, ADMINISTRATOR OF THE ESTATE OF JOHN BATTISTA RUSSO; EVA AIDA RUSSO, an individual; THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT; NATIONSTAR MORTGAGE OBA MR. COOPER; WELLS FARGO BANK; REPUBLIC SERVICES, a Nevada corporation; and DOES 1-100;<br><br>                  Defendants. | Case No.<br><br><br>**Notice of Removal** |

The Secretary of the U.S. Department of Housing and Urban Development

("HUD") files this Notice of Removal of the above-captioned action to the United States

District Court for the District of Nevada. The grounds for removal are set forth below.

This action is being removed to the United States District Court pursuant to 28

U.S.C. § 1442(a)(1). That section provides, in pertinent part:

        (a) A civil action or criminal prosecution commenced in a State court and that
        is against or directed to any of the following may be removed by them to the

district court of the United States for the district and division embracing the place wherein it is pending:

> (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue.

Plaintiff has commenced this action "against" a federal agency or official within the meaning of 28 U.S.C. § 1442(a)(1), as HUD is one of the executive departments of the federal government. Plaintiff originally brought the instant action for interpleader in Nevada state court under Nevada Rules of Civil Procedure Rule 22. A copy of the pleadings (in chronological order) from the state district court are attached hereto as **Exhibit A**.

Federal subject matter jurisdiction in interpleader actions brought under Rule 22 ("rule interpleader") must be based on the general jurisdiction statutes applicable to civil actions in federal court. 7 Charles A. Wright, Arthur R. Miller, & Mary Kay Kane, Federal Practice and Procedure § 1710 (3d ed. 2001). In the instant case, HUD asserts a claim to the interpleader funds to satisfy a federal mortgage lien. Federal subject matter jurisdiction over this interpleader action exists because 28 U.S.C. § 2410(a)(5) grants concurrent federal and state court jurisdiction to any interpleader action with respect to property in which the United States has a lien.

WHEREFORE, HUD gives notice that the above-captioned action has been removed from the Eighth Judicial District Court, Clark County, Nevada to the United States District Court for the District of Nevada.

Respectfully submitted this 24th day of August 2023.

JASON M. FRIERSON
United States Attorney

*/s/  Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney

**<u>Certificate of Service</u>**

I hereby certify that on August 24, 2023, I electronically filed and served the foregoing Notice of Removal with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and via U.S. Mail to the address below.

David R. Koch, Esq.
Steven B. Scow, Esq.
Daniel G. Scow, Esq.
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
*Attorneys for Plaintiff*
*Red Rock Financial Services*

/s/ *Vera A. Minkova*
Vera A. Minkova
Paralegal Specialist