# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RED ROCK FINANCIAL SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RUSSO, ADMINISTRATOR OF THE ESTATE OF JOHN BATTISTA RUSSO; EVA AIDA RUSSO, an individual; THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT; NATIONSTAR MORTGAGE DBA MR. COOPER; WELLS FARGO BANK; REPUBLIC SERVICES, a Nevada corporation; and DOES 1-100;<br><br>Defendants. | Case No.: 2:23-cv-01313-RFB-DJA<br><br>**ORDER FOR STAY** |

## ORDER

Having reviewed the stipulation of the parties, as well as the pleadings and papers filed herein, and good cause appearing:

IT IS HEREBY ORDERED that this matter is stayed for 120 days.

**IT IS SO ORDERED.**

**DATED: November 1, 2023**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1