# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Red Rock Financial Services,

    Plaintiff,

v.

Michael Russo, Administrator of the Estate of John Battista Russo; Eva Aida Russo, an Individual; the Secretary of Housing and Urban Development; Nationstar Mortgage DBA Mr. Cooper; Wells Fargo Bank; Republic Services, a Nevada Corporation; and Does 1-100,

    Defendants.

Case No. 2:23-cv-01313-RFB-DJA

**Order Granting Stipulation and Order to: (1) Authorize Payment of Plaintiff's Attorney's Fees and Costs from the Excess Proceeds; (2) Interplead Remaining Excess Proceeds to the Court; and (3) Dismiss Plaintiff from this Case with Prejudice**

## ORDER

Having reviewed the Stipulation of the Parties, as well as the pleadings and papers filed herein, and good cause appearing:

IT IS HEREBY ORDERED that (1) Plaintiff's costs from the excess proceeds are authorized as provided in the Stipulation; (2) Plaintiff's Motion to Dismiss is hereby moot; (3) Plaintiff is instructed to file a Motion for Attorneys' Fees within 30 days of entry of this Order; (4) pending the outcome of Plaintiff's motion for attorneys' fees, the remainder of the Excess Proceeds shall be deposited with the Court; and (5) Plaintiff will be dismissed from this case with prejudice following its deposit of remaining Excess Proceeds with the Court.

**IT IS SO ORDERED.**



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: August 29, 2024